**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, NY 10104
T 212 660 3000
F 212 660 3001
www.sandw.com

Direct line: 212-660-3023
asolomon@sandw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/8/11

[Stamp: RECEIVED AUG 08 2011 CHAMBERS OF J. PECK]

August 8, 2011

**MEMO ENDORSED** 8/8/11

Request DENIED. I would have liked to reschedule for plaintiff, but I do a "summation" CLE Tuesday — don't count my schedule thereafter is fully booked and cannot reschedule a settlement conference. [illegible]

By Fax

Hon. Andrew J. Peck
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   12 East 12 Associates, LP v. Whistler Tree, Inc., 11 Civ. 2969 (DLC) (AJP)

Dear Judge Peck:

This firm represents the plaintiff, which is the owner of the Gotham Bar and Grill. We write to request the Court to reschedule the settlement conference currently scheduled for Friday, August 12 to either Monday or Tuesday, August 15 or 16. The reason for the request is that one of the two main client representatives, both of whom would like to attend the mediation, sustained a significant knee injury (a blow out) and is having trouble getting around this week. He tells me, however, that he should be much more mobile next week, with the benefit of additional rest.

I presented the circumstances behind this modest request (the delay is only a weekend) to counsel for defendants. Counsel refused.

Very truly yours,

*/s/ Andrew Solomon*

Andrew T. Solomon

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

[margin: copies by fax/mail to all counsel]

BY FAX

cc: Kevin Malek, Esq.

{N0278591; 1}

BOSTON   NEW YORK   WASHINGTON, DC

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: August 8, 2011                                Total Number of Pages: 2

| TO | FAX NUMBER |
| --- | --- |
| Andrew T. Solomon, Esq. | 212-660-3001 |
| Kevin N. Malek, Esq. | 503-805-8478 |
|  |  |

## TRANSCRIPTION:

**MEMO ENDORSED 8/8/11**

Request DENIED. I would have liked to accommodate the plaintiff, but I am on "criminal duty" all of next week and my schedule therefore is fully booked and cannot accommodate a settlement conference.

Copy to:    Judge Denise L. Cote