```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
12 EAST 12 ASSOCIATES, LP,               :
                 Plaintiffs,             :       11 Civ. 2969 (DLC)
                                         :
        -v-                              :            ORDER
                                         :
WHISTLER TREE, INC. d/b/a GOTHAM 50      :
BAR AND RESTAURANT and JOHN DOES I       :
to X,                                    :
                 Defendants.             :
                                         :
---------------------------------------- X
```

USDC SNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2011

DENISE COTE, District Judge:

   On May 6, 2011, a temporary restraining order and order to show cause for preliminary injunction was entered in this case. On the same day, a pretrial scheduling order established a timeline for discovery, briefing and a hearing on the motion for a preliminary injunction.  On May 18, before the scheduled day for the hearing, the parties stipulated to a stay of the proceedings and extension of the temporary restraining order to facilitate settlement negotiations.  The stipulated order provided that if the dispute was not settled by August 7, 2011, the parties would contact Magistrate Judge Peck for scheduling a settlement conference and, if they failed to reach a settlement at that conference, contact this Court to set a new schedule for pretrial proceedings in this action.

   In a letter dated August 5, 2011, the defendants informed

the Court that the parties have been unable to reach a settlement. The defendants request that the Court restore the action and set a date for a preliminary injunction hearing before August 26, 2011. Magistrate Judge Peck issued an order on August 5 scheduling a settlement conference for August 12. Accordingly, it is hereby

ORDERED that a conference will be held in this case in Courtroom 15B on August 26, 2011 at 2:30 p.m.

Dated:   New York, New York
         August 8, 2011

                                    _____
                                           DENISE COTE
                                    United States District Judge