UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

12 EAST 12 ASSOCIATES, LP,

                Plaintiff,

                -against-

WHISTLER TREE, INC. d/b/a GOTHAM 50
BAR AND RESTAURANT, et al.,

                Defendants.
------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/15/11

11 Civ. 2969 (DLC) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on August 12, 2011, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT the Court retains jurisdiction through December 31, 2011 pursuant to the settlement agreement. The TRO issued on May 6, 2011 by Judge Cote and continued on consent is now dissolved. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:      New York, New York
                August 15, 2011

                                                  Andrew J. Peck
                                                  United States Magistrate Judge

Copies **by ECF** to:    All Parties
                                Judge Denise L. Cote

C:\ORD\DISMISS