UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CONNELL,

    Plaintiff,

-v-

RANDALL MCCOY,

    Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-20-12
```

No. 11 Civ. 2929 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Plaintiff on behalf of all parties dated January 19, 2012, informing the Court that the parties have entered into a settlement agreement which they are in the process of memorializing. Accordingly, IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice but without costs, provided, however, that within thirty (30) days of the date of this Order, any party may apply by letter to restore this action to the calendar of the undersigned. Upon receipt of such a letter, this action will be restored.

SO ORDERED.

DATED:    January 20, 2012
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE